UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-3 ADHAM MACKIE,

    Defendant.

HONORABLE AVERN COHN

No.   03-80617

## INDEX OF EXHIBITS TO SENTENCING MEMORANDUM

Exhibit A.   Letter from Sonia Mackie

Exhibit B.   Letter from Adham Mackie's mother

Exhibit C.   Letter from Raffic and Kathryn Mackie

Exhibit D.   Letter from the Mackie family

Exhibit E.   Letter from Ali Dagher

Exhibit F.   Letter from Tallal Turfe

Exhibit G.   Letter from Zeina, Rasha, and Wanda Mackie

Exhibit H.   Other Reference Letters