# SONIA S. MACKIE
1565 BEAVER ST, DEARBORN, MI 48128
TEL: 313-359-3525

October 8th, 2005.

The Honorable Avern Cohn
United States District Court, Eastern District of Michigan
Room 219, United States Courthouse
211 W. Lafayette Blvd
Detroit, MI 48226

Your, Honour,

    I am writing to you as regards Adham Mackie's case in your court. I am Adham's exwife and mother of his only three children, Tamara (10), Shafic (7), and Maxine (4). Despite our legal divorce, and previous ups and downs of our relationship, Adham and I have an amicable and affectionate relationship. I am considered a daughter by his parents, and a sister by his three sisters, having known the whole family long before I married Adham.

    Your Honor, there are no words to convey the pain and anguish this whole sordid chapter of Adham's life has caused amongst his whole entire family. I am aware of the seriousness of his charges, but have visited him in jail, and am convinced of his sadness and regret that his actions has so shamed and pained his family.

    Adham has already suffered for his actions far beyond just a jail sentence, your Honor. He can never hope to make a living in this country again, because of the $11million civil judgement against him. He has lost the privilege of living in the same country as his US born children, let alone his parents and his sisters, who all live here. After his time is served, he will be escorted from jail straight to an airplane to be deported immediately, and to tell you the truth, your Honor, I have not yet even summoned up the courage to let my children know what lies ahead for their beloved father. He has always enjoyed a loving relationship with them, and even though they have accompanied me to Milan FDC to visit him, my soon–to-be eleven year old only knows he "did something wrong, and has to stay in jail for a while", but my 7-year old thinks his "dad works for the government, and has to stay in that building for "secret" reasons. My 4 year old just hugs him every time she visits him and asks him :"Daddy, when can you come home?".

    In light of the steep price that Adham will have to pay by leaving behind all his immediate family who love him dearly, I humbly and most respectfully ask for your compassion and leniency as regards his sentencing. He is a good, kind and gentle man, who merely lost his way for a little while, and we are all praying that when this chapter of his life is over, he will regain all the respect and affection he had previously enjoyed before the misguided actions that brought him before you.

Sincerely,

Sonia Swaid Mackie