10/8/05

Honorable judge A Vern Cohn

I am a mother writing to you your honor with tears in my eyes and sadness in my heart to beg you for leniency and kindness to my only son Adham Mackie.

My husband is in Ann Arbor Hospital with a ventilator to keep him alive. He's in a very critical condition and he needs a lung transplant. We relied on him for support me and Adham's children but now that he is a very sick man and my son is awaiting his sentence in jail I know with all my heart that you will show some kindness to us and kindness will wipe a mother's tears. There is so much good in the worst of us, and so much bad in the best of us. My son Adham is not a bad person your honor, He did some mistakes in his life, and since his detention in jail

he has changed so much, He became so humble and he's begging us for forgivness for what he did to himself and his family. He's changed so much. Please your honor don't let my family collapse. We will have to rely on him now for help and support me and his children. any leniency and Kindness you show will be a miracle to us. Please your honor help us in these hard times. You are a good and compassionate man and will understand The dilema we're going through, I pray to God to show You the right thing for our family. And may God bless You and give you and your family good health.

        A mother in distress.
        Faithfully   Aniseh mackie

P.s. I enclosed a photo of my husband in his sick bed, and I thank you for reading my letter. God bless you.