**The Mackie Family**
**710 Meadowlane Road**
**Dearborn, Michigan 48124**
**313-561-6319**

October 22, 2005

To Whom it May Concern:

This letter is being written with all due respect, requesting leniency in the sentencing of Adham Mackie. We are Adham's fraternal uncle and aunt. We are aware that Adham has been involved in illegal activity and are deeply saddened and disappointed that Adham had involved himself in such activity.

We do believe, however, that Adham has truly learned his lesson and is prepared to be part of a productive, contributing member of society. It is our aspiration that Adham commit to his pledge; that is, to commit himself to his family, society, and sustains a responsible, law abiding, respectful and God-fearing life.

Adham Mackie has three beautiful children and their mother that he must rededicate to, where he must set positive examples and modeling. Adham's children are young and we truly believe he has remorse for the past and has a more hopeful future. We feel his children's mother and former wife, Sonia, will also influence Adham to continue righteously. We do not believe Adham Mackie will ever involve himself in anything illegal and will remain very cautious the rest of his life.

Additionally, Adham has parents and three sisters. Adham's father is critically ill and his mother will need Adham's support. Adham will not do anything to jeopardize his mother at such a sensitive time. We believe Adham is prepared to assume a role as a head of a household and lead a righteous family life.

We are very thankful for your time and consideration in this matter. We have faith in our judicial system and we hold faith in Adham Mackie remaining law abiding. Please consider leniency at his sentencing.

Respectfully submitted,

*[signatures]* DDS

Raffic and Kathryn Mackie