October 29, 2005

Re: Adham Mackie

Requesting Leniency

To Whom it May Concern:

We are saddened that since the attached letter of October 22, 2005 was written, Adham's father has passed away. We are requesting leniency so that Adham can begin to fulfill a life productively and responsibly. His mother and family will benefit from his presence and support.

Thank you.

The Mackie Family