August 30, 2005

Honorable Sir:

My name is Ali Dagher and I currently work as a Project Manager at Ford Motor Company. I am married with 2 children, and I live in Dearborn Heights, Michigan.

I have known Adham Shaffic Mackie all my life. Adham is my friend and cousin. He is an exceptionally gifted and intelligent individual, who is kind and generous to his family, friends and anyone who comes in contact with him.

I am aware that Adham has been charged with some serious offenses. Your honor, Adham is a well respected, well-liked, active member and contributor to his community. Above all, Adham is a loving father, and I know that he would give anything to be rejoined with his family as soon as possible.

I am sure that Adham has used the last few months to reflect on his actions and the pain and anguish he has caused to himself and his family. His family, friends, and most importantly, his children miss him a lot.

Therefore your honor, I am asking you to kindly show mercy, compassion and leniency with regards to Adham Mackie.

Sincerely,

*Ali Dagher*

Ali Dagher
23339 Beechcrest St
Dearborn Heights, MI 48127