October 6, 2005

Honorable Avern L. Cohn
United States District Judge
United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

Dear Honorable Judge Cohn:

As you may recall, I was the previous Chairman of the National Conference for Community and Justice, and I had the pleasure of honoring you at our annual dinner several years ago when I was also Chairman of the Arab American and Jewish American Friends. Many thanks for your support of these organizations.

Currently, I serve on the boards of the Detroit Medical Center; the American Red Cross; the Advisory Council of the Multicultural Dermatology Center of Henry Ford Health System; and the Arab American and Chaldean Council. Additionally, I had served on former President Clinton's *Call to Action: One America* Race Relations Group. I have given several presentations at the United Nations in New York dealing with global ethics, education and parenting for peace, and public diplomacy. Early next year I am being scheduled to make a presentation at the United Nations on the topic of "*Sovereignty as Stewardship: The Key to Environmental Ethics.*" I remain humble and thankful for the opportunity to help make our world a better one to live in. It is in this regard that I seek your compassion and understanding.

I am seeking your help regarding Adham Mackie who appeared before you and pleaded guilty on October 5, 2005. Adham is now awaiting sentencing.

As background, Adham is the great nephew of my mother, and his father is my first cousin. Adham's father has been very ill, and the doctors have diagnosed his condition as very grave, as he is now fighting for his life on a ventilator at the University of Michigan Hospital in Ann Arbor, Michigan. In addition to helping his father and mother, he also has a family with three beautiful children – two girls (Tamara and Maxin) and a son (Shaffic) – who were all born in the U.S. All rely on Adham for their needs.

As Adham has pleaded guilty to his criminal action, he is deeply sorry for his crime. Believe me, he has learned his lesson and wants to return to society with civility and responsiveness. Adham is an intelligent, educated individual who is the son of highly respectful parents. His family has remained united despite difficult circumstances.

Now that the father of three American-born children is to be sentenced, I am seeking mercy and leniency with the hope that he would get probation and remain in the United States; however, any consideration from you will be a blessing. Adham is a good person. He is the kind of *moral* and *ethical* person concerned with doing the right thing.

However, for a brief moment in his life, he just fell into the mire. Now he has cleansed himself and wants to make a contribution to his family, community and society. He is decent, honest, sincere and earnest. I am asking the court for leniency so Adham could remain home with his family to help his mother and ailing father as well as raise his own children.

We all go through tragedy of one kind or another, but the true meaning of loyalty is when people stand by another in bad times. Adham just had a bad time, and I am standing by him with full confidence and conviction that he has learned his lesson. If given a chance, I have no doubt that Adham will put the pieces of his life together and make amends for the wrong that he has caused. Obviously, Adham has made a serious mistake. His family and relatives have been in agony. I do not believe that Adham is a criminal in the sense of the term. Rather, he used poor judgment and was guilty of having spectacularly bad luck. Perhaps allowing Adham to do community service will help pay his debt back to society.

Whatever Adham's shortcomings have been I respectfully ask that you consider the totality of his situation, not only the moral corruption manifested by his criminal act, but also his metamorphosis from such an amoral period to the exemplar model that he now offers in his own conduct and as a worthy example of society-building values. I realize that it is difficult to find compassion in this era of violent crimes and public fear. However, this case warrants leniency and clemency. I am confident that Adham Mackie will become a productive and responsible person.

With deepest admiration and thanks, I am seeking your mercy.

Respectfully,

Tallal Turfe (Lee)
Tallal Turfe (Lee)
26371 Timber Trail
Dearborn Heights, MI 48127
(313) 562-1994
(313) 562-1995 (fax)
E-mail: leeturfe@hotmail.com