Hon. Avern Cohn
District Judge
United States District Court
For the Eastern District of Michigan,
211 W. Lafayette Blvd. Room 219
Detroit, Michigan 48226

January 19, 2006

Dear Judge Cohn:

    We are writing to request leniency with respect to the sentencing of our brother, Adham Mackie, who has been imprisoned for almost a year, awaiting a resolution of the charges pending against him.

    When considering the sentence to be imposed for his actions, we would ask that you take into account that he is our only brother. Although this may seem trivial in today's society, our family is close-knit, and we depend in many ways upon him, especially in light of the recent death of our father in October 2005.

    We would also ask you to take into consideration the fact that Adham has three children, the youngest of which is only four years old. Despite whatever actions Adham may have taken to get into trouble with the law, he has always been a great father to his children. The time Adham has spent in jail has resulted in a noticeable difference in the personality of his oldest daughter, and has deprived his youngest daughter of coming to fully know her father during her formative age from three to four years old.

    We would, also, like to make you aware of the fact that Adham has changed for the better during his incarceration. He has made a commitment, not only by words, but by action, to his family. When we visit him, he speaks of his past irresponsible actions, and asks for forgiveness, and vows to do his best to make it up to his family. He calls his mother, kids and their mother, and his sisters regularly. It is clear that Adham has taken a large step in the right direction, and there is no indication that he would stray from that path.

    We would also like you to know that Adham has felt the severity of the consequences of his actions. Besides the civil monetary damages caused to him and his family, his family has also had to endure media coverage of his actions, and the painful knowledge that he is going to be deported. He has missed the funeral of his father. He was not able to visit his father in a conscious state after his father was diagnosed with interstitial lung disease.

    The only time he was able to visit his father during his father's seven week stay in the intensive care unit was while his father was on a ventilator and comatose—and, at that time, the entire floor of the hospital had to be cleared for the visit. Not to be

misunderstood, we are grateful that the government cooperated and allowed this visit. However, our point is that even when our family needed Adham most, and when he needed us most, his actions placed him in a position of separation from us, his mother and his children. Indeed, this is a punishment that he will live with for the rest of his life.

We sincerely hope you accept our plea and thank you in advance for your consideration.

Sincerely,

Zeina Hamed
Sister of Adham Mackie

Rasha Turfe
Sister of Adham Mackie

Wanda Mackie
Sister of Adham Mackie