October 8, 2005 — March 2006

The Honorable Judge Cohn
Detroit, MI.

Your, Honour,

    We, the undersigned, all know Adham Mackie in capacity of relative, friend, colleague, or neighbour. We know him to be a good, courteous, kind-hearted man who is well-liked.

    We are all saddened by the circumstances that have brought Adham before you. We respectfully and collectively ask for your leniency, mercy and compassion in his sentencing, so he can move forward after paying his debt to society, and redeem himself among his family, friends, and colleagues.

    Sincerely,

1. HASSAN SWAID 43240 Isle Royal, Fremont, CA 94555
2. RAFFIC MACKIE D.D.S. 7911 Wyoming Dearborn, MI 48126 (313) 834-5000
3. KAL KHARI 17750 Snow Dearborn MI 48124
4. Zarifa Masoud @ 22214 Watsonia St DBN 48128 (313) 467-6917
5. Khadee, KHADIJA DARWISH, 7252 Reuter, Dearborn
6. Rania Marwi Beydoun 22236 Dolphin Ct. DbN Hghts, MI 48127 313-277-1611
7. Najla Dagher 7300 Reuter @ DBN 48126 313 846-5490

-2-

October 8, 2005

8. Lynorfa Mackie    7855 Manor DBN 48126
                    313 582-5463

9. RAMI SAAD    6859 PLAINFIELD
                DEARBORN HTS, MI, 48127
                313-586-7354

10. Ali Rezik    7320 Jonathon
                 Dearborn MI 48126
                 (313) 218-0739

11. Manal Mackie    5467, Neckel
                    Dearborn, MI 48126

12. Fay Saad    6885 Plainfield
                Dearborn Height MI
                48127

13. Mohamed Ali Saad    6885 Plainfield
                        Dearborn Heights MI, 48127

14. SARA SAAD    6885 Plainfield
                 Dearborn Hts. MI 48127

15. MASSOUD MACKIE    4826 Woodworth
                      Dbn, MI 48126

16. Samr Makki    7700 Orchard
                  DBN MI. 48126

17. Laila Makki    6425 Ternes
                   Dbn MI 48126

18. Fadel Marji    6425 Ternes
                   DBN MI 48126

19. Marki    3126 Lindenwood
             DRBN MI 48126

20. Elizabeth    7640 ESPER
                 DEARBORN, MI 48126

21. JAMAL HAMED — 5550 NOTTINGHAM CT. DEARBORN 48126. MI

22. MOHAMMAD S MACKIE — 7825 Miller Rd Dearborn MI 48126

23. NAJLA MACKIE — 7825 Miller Rd Dearborn, MI 48126

24. Inshad Mackie — 7651 Manor Dearborn, MI 48126

25. Asmahan Dagher — 7524 Renter Dearborn MI 48126

26. LENA Mustafa — 601 Meadowlane Dearborn, MI 48124

27. Mr & Mrs Allie Fayz — 6209 College Dr Dearborn Heights, Mich 48127

28. Al Turfe — 24950 Fairmount Dearborn, Mi. 48124

29. Richard Tuft — 7640 Esper Blvd Dearborn, MI 48126

30. David Samhat — 3 GOLF CREST CT. DEARBORN, MI 48124

31. Marion Pamhit — 3 Gny Crest Ct. Dearborn, Mi 48124

32. Danya Kedouh — 300 Golf Crest Dr. Dearborn, MI 48124

33. Azzam Jewad — 6342 Drexel Dearborn Hghts mi 48127

— 4 —

October 8, 2005 — Mar 2006

34. Ali Basma        *Ali Basma*  216 CANONERO Dr.
                                 Bear DE 19701
                                 (302) 836 9476

35. Moram Basma                  216 Canonero Dr
                                 Bear, DE 19701

36. Musa Basma                   3790 Campbell Place
                                 FREMONT, CA 94536

37. Tanal Basma                  3790 Campbell Place
                                 Fremont, CA, 94536
                                 (510) 494-8770

38. Maisaa Taleb                 7806 Bingham
                                 Dearborn 48126
                                 (313) 584 7819