AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment-Page 3 of 5

DEFENDANT: ADHAM MACKIE
CASE NUMBER: 03CR80617-3; 05CR80879-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months on each count, the time is to be served concurrently.**

The defendant is remanded to the custody of the United States Marshal.



FILED
AUG - 3 2006
CLERK'S OFFICE
DETROIT

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___7-18-2006___ to __Moshannon Valley Corr. Cen. that Philipsburg, PA.___, with a certified copy of this judgment.

_Mike Millward_
~~United States Marshal~~ Warden

_Jennifer Bumbarger_
~~Deputy United States Marshal~~ Records Clerk